**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Curtis L. Nelson and Ethel A. Nelson, | Civil No. 11-1161 (RHK/FLN) |
| Plaintiffs, | |
| vs. | |
| American Home Assurance Company, | **ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE** |
| Defendant. | |

This matter comes before the Court upon the Stipulation Regarding Briefing Schedule (Doc. No. 30), executed by counsel for both parties.

**IT IS HEREBY ORDERED**:

1. Plaintiffs shall file and serve their documents supporting their motion at least 49 days prior to the hearing (on or before August 4, 2011).

2. Defendant shall file and serve its documents responding to Plaintiffs' motion and supporting its cross-motion at least 35 days prior to the hearing (on or before August 18, 2011).

3. Plaintiffs shall file and serve their documents in reply supporting their motion and responding to Defendant's cross-motion at least 21 days prior to the hearing (on or before September 1, 2011).

4. Defendant shall file and serve its documents in reply supporting its cross-motion at least 14 days prior to the hearing (on or before September 8, 2011).

     5.     The cumulative total of each party's two memoranda remains subject to the length limits of Local Rule 7.1(d).

Dated: July 25, 2011

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge