## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Curtis L. Nelson and Ethel A. Nelson, | Civil No. 11-1161 (RHK/FLN) |
| Plaintiffs, | **ORDER** |
| vs. | |
| American Home Assurance Company, | |
| Defendant. | |

**IT IS ORDERED** that the parties' Stipulation Regarding Briefing Schedule (Doc. No. 89) is **APPROVED.**

Dated: November 1, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge