# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Curtis L. Nelson and Ethel A. Nelson, | Civil No. 11-1161 (RHK/FLN) |
| Plaintiffs, | **ORDER** |
| vs. | |
| American Home Assurance Company, | |
| Defendant. | |

---

**IT IS ORDERED** that the parties' Stipulation Regarding Briefing Schedule (Doc. No. 89) is **APPROVED.**

Dated: November 1, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
